IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **AKZO NOBEL COATINGS INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 08-0578-CG-B |
| | ) |
| **JOHNSTON PAINT & BODY** | ) |
| **SUPPLIES, LLC.,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT

In accordance with the court's order entered this date, granting plaintiff's motion for summary judgment, it is hereby **ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of plaintiff, **Akzo Nobel Coatings Inc**., and against **Johnston Paint & Body Supplies, LLC** in the amount of **$107,518.77** plus interest and costs.

**DONE and ORDERED** this 5th day of November, 2009.

              /s/   Callie V. S. Granade              
CHIEF UNITED STATES DISTRICT JUDGE