# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| AKZO NOBEL COATINGS INC., ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 08-0578-CG-B |
| ) | |
| JOHNSTON PAINT & BODY ) | |
| SUPPLIES, LLC., ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

This matter is before the court on plaintiff's motion to compel judgment debtor's appearance before the court for oral examination regarding its assets (Doc. 76). Having considered the premises, the court finds that the motion is due to be **GRANTED.**

Accordingly, it is **ORDERED**, pursuant to Rule 69(a)(2), FED.R.CIV.P. and Alabama Code section 6-6-201, that the defendant, Johnston Paint & Body, LLC, respond in full to plaintiff's March 10, 2010, post-judgment discovery requests **no later than June 1, 2010.** If defendant fails or refuses to respond, or fully and completely to respond to those requests, it is further **ORDERED** that defendant appear in this court with counsel and with a representative who has full knowledge of the true and correct information sought by plaintiff, on **Thursday, June 3, 2010, at 9:00 A.M.**, in Courtroom 2B, United States Courthouse, Mobile, Alabama, for oral examination regarding the nature, location, description and value of defendant's assets, and to bring and produce any and all papers, documents or books which contain material evidence of such assets, or lack thereof.

Plaintiff shall advise the court, no later than **June 2, 2010**, whether Plaintiff has complied with this Order by responding fully and completely to the post-judgment discovery requests, and

whether an oral examination before the court will be necessary.

**DONE** and **ORDERED** this 11th day of May, 2010.

                                              /s/ Callie V. S. Granade
                                              UNITED STATES DISTRICT JUDGE