IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| AKZO NOBEL COATINGS, INC., | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | CIVIL ACTION NO. 08-0578-CG-B |
|  | ) |  |
| JOHNSTON PAINT & BODY SUPPLIES, LLC, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## ORDER

This matter is before the court on the plaintiff's motion to order payment of funds to court clerk (Doc. 161), in which the plaintiff requests that the court issue an order directing Garnishees, Regions Bank, RBC Bank (USA), and Wachovia Bank, N.A., a Division of Wells Fargo Bank, N.A., to remit all funds held by them that are subject to the writs of garnishment served upon them.

Upon due consideration, the motion is hereby **GRANTED**. Garnishees Regions Bank, RBC Bank (USA), and Wachovia Bank, N.A., a Division of Wells Fargo Bank, N.A., are hereby **ORDERED** to pay any funds in their possession or control belonging to the defendant under the names of Jody Johnston, a/k/a Jody Plezant Johnston, a/k/a Jody Pleasant Johnston, and/or Johnston Enterprises, LLC, into the registry of the court. Payments are to be made payable to the Clerk of Court and mailed to the United States District Court, 113 St. Joseph Street, Mobile, Alabama 36602.

Upon receipt of said funds, the motions to be discharged as garnishees contained in the garnishees' individual answers (Docs. 132, 150, 151, 159, 160) will be granted without reasonable costs expended without further order from the court.

The clerk of court is directed to mail copies of this order to the Garnishees at their addresses of record.

**DONE and ORDERED** this 16th day of February, 2011.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE